UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DANIEL A. COOMER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:23-cv-00168-TWP-KMB |
| WARDEN, | ) ) ) |
| Respondent. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed without prejudice.

Date: 12/18/2023

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DANIEL A. COOMER
JACKSON COUNTY JAIL
150 East State Road 250
Brownstown, IN 47220